B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
### District of Hawaii

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**ALOHA SPORTS INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**99-0313038** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**246 Nenue Street**<br>**Honolulu, HI**<br>ZIP Code **96821** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Honolulu** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 23348**<br>**Honolulu, HI**<br>ZIP Code **96823-3348** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ALOHA SPORTS INC.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ALOHA SPORTS INC.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _*[signature]*_
Signature of Attorney for Debtor(s)

**Don Jeffrey Gelber**
Printed Name of Attorney for Debtor(s)

**Gelber, Gelber & Ingersoll**
Firm Name

**745 Fort Street, Suite 1400**
**Honolulu, HI 96813**

_____
Address

**(808) 524-0155  Fax: (808) 531-6963**
Telephone Number

3/25/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*[signature]*_
Signature of Authorized Individual

**Richard O. Banner**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

3/25/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **ALOHA SPORTS INC.**                                       Case No. _____
                              ,
                           Debtor

# FORM 1. VOLUNTARY PETITION
## Other Names Attachment

All Other Names used by Debtor in the last 8 years:
1. DBA    Bowl Games Hawaii
2. DBA    Bowl Games of Hawaii
3. DBA    Hula Bowl Festival and Football Classic
4. DBA    Hula Fest
5. DBA    Hula Sports Fest
6. DBA    Jeep Eagle Aloha Bowl
7. DBA    Jeep O'ahu Bowl
8. DBA    Seattle Bowl
9. DBA    San Francisco Bowl

# ALOHA SPORTS INC.

## WRITTEN CONSENT OF SOLE SHAREHOLDER
## AND ALL OF THE DIRECTORS IN LIEU OF MEETINGS

WHEREAS, the undersigned shareholder is the owner of all authorized, issued, and outstanding shares of ALOHA SPORTS INC., a Hawaii corporation (the "Corporation"), and the undersigned directors are all of the duly elected directors of the Corporation who would be entitled to vote upon the actions described below if the meetings of the board of directors and the shareholders of the Corporation were to be held for such purpose, and desire to dispense with said meetings and votes of shareholders and directors and to consent unanimously in writing to and take the corporate actions described below; and

WHEREAS, Sections 414-124 and 414-212 of the Hawaii Revised Statutes provide in part that any action required or permitted to be taken at any meeting of the shareholders and directors may be taken without a meeting if all shareholders or directors, as the case may be, sign a written consent setting forth the action taken; and

WHEREAS, the sole shareholder and directors of the Corporation have concluded that it would be in the best interest of the Corporation and its creditors and other parties in interest for the Corporation to file a petition in the United States Bankruptcy Court for the District of Hawaii for relief under Chapter 11 of the United States Bankruptcy Code.

NOW, THEREFORE, the undersigned shareholder and directors of the Corporation, being the sole shareholder and all of the directors of the Corporation, hereby each consent in writing to and take the following corporate actions:

RESOLVED that the Corporation shall forthwith file a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Hawaii; and be it further

RESOLVED that the President of the Corporation, Richard O. Banner, or his successor in office, is authorized to execute on behalf of the Corporation all petitions, declarations, schedules, statements of financial affairs, notices, and any such other documents as may be necessary or appropriate to commence and prosecute a case and related proceedings for relief under Chapter 11 of the Bankruptcy Code; and be it further

RESOLVED that the Corporation shall continue the retention of Gelber, Gelber & Ingersoll, A Law Corporation, of Honolulu, Hawaii, as its bankruptcy and insolvency counsel in connection with its said bankruptcy case and related proceedings under the Bankruptcy Code and shall continue the retention of Blecher & Collins, of Los Angeles, California, and Frederick W. Rohlfing III, of Honolulu, Hawaii, as its special counsel in connection with that certain civil

action entitled *Aloha Sports Inc. v. The National Collegiate Athletic Association*, Civil No. 06-1-1832-10, filed in the Circuit Court for the First Circuit of the State of Hawaii; and be it further

**RESOLVED** that the President of the Corporation, Richard O. Banner, is hereby appointed the individual responsible for performing the duties and responsibilities of the debtor in the proposed Chapter 11 proceedings, and in such capacity and as President, said Richard O. Banner is authorized to do and perform, or cause to be done and performed, any and all such other acts, matters, and things as in his judgment may be necessary or appropriate in order to effectuate these resolutions; and be it further

**RESOLVED** that the President of the Corporation is authorized and directed to certify a copy of any or all of these resolutions (by original or facsimile signature) for any and all purposes, including, but not limited to, the aforesaid bankruptcy proceedings.

DATED: Honolulu, Hawaii, March 25, 2010.

ASI ACQUISITION INC.
Shareholder

By _/s/ Richard O. Banner_
Richard O. Banner
Its President

_/s/ Richard O. Banner_
RICHARD O. BANNER
Director

_/s/ Terry Leroy Daw_
TERRY LEROY DAW
Director

_/s/ Darcy Daw_
DARCY DAW
Director

_/s/ Susan C. Banner_
SUSAN C. BANNER
Director

ALOHA SPORTS INC.
WRITTEN CONSENT OF SOLE SHAREHOLDER
0103586.wpd          AND ALL OF THE DIRECTORS IN LIEU OF MEETINGS          Page 2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Hawaii

In re  **ALOHA SPORTS INC.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Haugh, James<br>94-349 Hokuahiahi, Unit 314<br>Mililani, HI 96789 | Randall Thomsen, Esq.<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>(206) 623-1700 | Judgment registered in Case No. C05-1004 RSM, U. S. District Court, Western District of Washington at Seattle, plus interest | Disputed | 397,136.69 |
| Mountain West Conference<br>15455 Gleneagle Drive, Suite 200<br>Colorado Springs, CO 80921 | David C. Farmer, Esq.<br>225 Queen Street, Ste. 15A<br>Honolulu, HI 96813<br>(808) 222-3133 | Judgment in No. 03-2-20959-7 SEA, Superior Court, State of Washington, County of King; filed in S. P. No. 03-1-0432 RWP, First Circuit Court, Haw. | | 266,674.60 |
| University of Oregon<br>Len Casanova Athletic Center<br>2727 Leo Harris Parkway<br>Eugene, OR 97401-8833 | Len Casanova Athletic Center<br>2727 Leo Harris Parkway<br>Eugene, OR 97401-8833<br>(541) 346-6481 | Balance due for 2002 Seattle Bowl participation fee | Disputed | 207,159.60 |
| ABC Sports, Inc.<br>47 West 66th Street<br>New York, NY 10023 | 47 West 66th Street<br>New York, NY 10023 | Settlement Agreement | Disputed | 195,212.60 |
| Wake Forest University<br>1834 Wake Forest Road<br>Winston Salem, NC 27106 | 1834 Wake Forest Road<br>Winston Salem, NC 27106 | Balance due for 2002 Seattle Bowl participation | Disputed | 166,869.50 |
| King County, Washington<br>Norm Maleng, P.A., Civil Div. E550<br>516 Third Avenue<br>Seattle, WA 98104 | Norm Maleng, PA, Civ. Div. E550<br>516 Third Avenue<br>Seattle, WA 98104<br>(206) 296-9015 | Judgment in No. 03-2-28767-9 SEA in the Superior Court of the State of Washington, County of King, plus post-judgment interest at 12% per annum | | 68,917.63 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| One 4 All Marketing<br>c/o Rob Keith<br>2626 NE Hambleet Street<br>Portland, OR 97212 | Rob Keith<br>2626 NE Hambleet Street<br>Portland, OR 97212<br>(503) 335-9050 | Commission | | 34,550.00 |
| Josten's<br>3601 Minnesota Drive<br>Minneapolis, MN 55435 | 3601 Minnesota Drive<br>Minneapolis, MN 55435<br>(952) 830-3300 | Player rings | Disputed | 33,540.00 |
| Aloha Stadium<br>c/o Boyd Sakai, Dept. of AG<br>425 Queen Street<br>Honolulu, HI 96813 | Boyd Sakai, Dept. of Atty Gen<br>425 Queen Street<br>Honolulu, HI 96813 | Unpaid rent for 2000 Oahu and Aloha Bowls | | 31,779.95 |
| Aloha Stadium<br>c/o Boyd Sakai, Dept. of AG<br>425 Queen Street<br>Honolulu, HI 96813 | Boyd Sakai, Dept. of Atty Gen<br>425 Queen Street<br>Honolulu, HI 96813 | General Excise Tax owed on ticket receipts for 2000 Oahu and Aloha Bowls | | 31,073.02 |
| Western Athletic Conference<br>9250 East Costilla Avenue, Ste. 300<br>Englewood, CO 80112-3662 | K. Benson<br>9250 East Costilla Avenue, Suite 30<br>Englewood, CO 80112-3662<br>(303) 799-9221 | Balance due for 2002 Seattle Bowl non-participation fee | Disputed | 25,000.00 |
| Bank of Hawaii<br>Attn: Bankruptcy Division<br>P. O. Box 2900<br>Honolulu, HI 96846-2900 | Bradley R. Pulice<br>Stanton Clay Chapman et al.<br>700 Bishop Street, Ste. 2100<br>Honolulu, HI 96846-2900<br>(808) 535-8400 | Judgment in Civil No. 02-1-1521-06 EEH In First Circuit Court, State of Hawaii | | 24,953.04 |
| McNeil Wilson Communications, Inc.<br>1003 Bishop Street, 9th Floor<br>Honolulu, HI 96813 | David F. E. Banks, Esq.<br>1000 Bishop Street, 15th Floor<br>'<br>Honolulu, HI 96813<br>(808) 521-9265 | Judgment in Civil No. 1RC 021-3799, District Court of the First Circuit, State of Hawaii | | 22,211.14 |
| Hee, Lester J., CPA<br>737 Bishop Street, Suite 2360<br>Honolulu, HI 96813 | Lester J. Hee, CPA<br>737 Bishop Street, Suite 2360<br>Honolulu, HI 96813<br>(808) 532-7322 | Accounting services | Disputed | 20,202.00 |
| Georgia Tech Univ. Athletic Assn<br>150 Bobby Dodd Way, NWA<br>Atlanta, GA 30332-0455 | 150 Bobby Dodd Way, NW<br>Atlanta, GA 30332-0455 | Balance due for 2001 Seattle Bowl participation | Disputed | 18,750.00 |
| Daw, Weston (Estate of)<br>c/o Terry Leroy Daw<br>76-995 Manu o Ku Way<br>Kailua Kona, HI 96740 | Terry Leroy Daw<br>Daw, Weston (Estate of)<br>76-995 Manu o Ku Way<br>Kailua Kona, HI 96740 | Note payable | | 15,000.00 |
| EMI April Music Inc., et al.<br>c/o John Lacy/Randy Baldemor<br>1099 Alakea Street, Ste. 1800<br>Honolulu, HI 96813 | John Lacy, Esq.<br>EMI April Music Inc., et al.<br>1099 Alakea Street, Ste 1800<br>Honolulu, HI 96813 | Judgment in 1:03-cv-00248-ACK-KSC in the U. S. Disrict Court for the District of Hawaii | | 10,888.01 |

B4 (Official Form 4) (12/07) - Cont.

In re  ALOHA SPORTS INC.                                   Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sattler, James M., Estate of<br>1588 Hoanaina Street<br>Honolulu, HI 96821 | 1588 Hoanaina Street<br>Honolulu, HI 96821<br>)808) 377-1194 | Legal services | Disputed | 10,802.29 |
| Goodsill Anderson Quinn & Stifel<br>c/o David J. Reber, Esq.<br>1099 Alakea Street, Ste. 1800<br>Honolulu, HI 96813-2639 | David J. Reber, Esq.<br>1099 Alakea Street, Ste. 1800<br>Honolulu, HI 96813-2639<br>(808) 547-5600 | Balance owed on $23,893.92 in legal services re ASI Acquisition Inc. purchase of Aloha Sports Inc shares and sale of ASI Acquisition Inc. shares | Disputed | 7,893.92 |
| Pitney Bowes<br>P. O. Box 856460<br>Louisville, KY 40285-6460 | Pitney Bowes<br>P. O. Box 856460<br>Louisville, KY 40285-6460 | Postage meter | | 7,381.35 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   3/25/10                    Signature   *Richard O. Banner*
                                              Richard O. Banner
                                              President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Hawaii

In re __ALOHA SPORTS INC.__

Debtor(s)

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __3/25/10__    _Richard O. Banner_

**Richard O. Banner/President**
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

ABC Sports, Inc.
47 West 66th Street
New York, NY 10023


Aloha Stadium
c/o Boyd Sakai, Dept. of AG
425 Queen Street
Honolulu, HI 96813


Bank of Hawaii
Attn: Bankruptcy Division
P. O. Box 2900
Honolulu, HI 96846-2900


Bank of Hawaii
c/o Bradley R. Pulice, Esq.
700 Bishop Street, Ste. 2100
Honolulu, HI 96813


Banner, Richard O.
P. O. Box 23348
Honolulu, HI 96823-3348


Blecher & Collins, P.C.
Attn: Maxwell Blecher
515 South Figueroa St., 17th Flr.
Los Angeles, CA 90071-3334


Blecher & Collins, PC
Attn: Maxwell Blecher
515 South Figueroa St., 17th Flr.
Los Angeles, CA 90071-3334


Daw, Terry Leroy
76-995 Manu o Ku Way
Kailua Kona, HI 96740

Daw, Weston (Estate of)
c/o Terry Leroy Daw
76-995 Manu o Ku Way
Kailua Kona, HI 96740


Detor & Williams
c/o Carl L. Williams
2226-A Cooper Road
Honolulu, HI 96822


EMI April Music Inc., et al.
c/o John Lacy/Randy Baldemor
1099 Alakea Street, Ste. 1800
Honolulu, HI 96813


Famous Music Corporation
c/o John Lacy/Randy Baldemor
1099 Alakea Street, Suite 1800
Honolulu, HI 96813


FedEx
3965 Airways, Module G
Memphis, TN 38116


Foster, Frank
904 Washington Avenue
Mukilteo, WA 98275


Georgia Tech Univ. Athletic Assn
150 Bobby Dodd Way, NWA
Atlanta, GA 30332-0455


Goodsill Anderson Quinn & Stifel
c/o David J. Reber, Esq.
1099 Alakea Street, Ste. 1800
Honolulu, HI 96813-2639

Gotech Services
1100 NE 45th Street 200
Seattle, WA 98105


Haugh, James
94-349 Hokuahiahi, Unit 314
Mililani, HI 96789


Haugh, James
c/o Randall Thomsen, Esq.
999 Third Avenue, Ste. 4400
Seattle, WA 98104


Hee, Lester J., CPA
737 Bishop Street, Suite 2360
Honolulu, HI 96813


Host Communications Inc.
546 East Main Street
Lexington, KY 40508-2342


Hubbard, Gerald S.
1094 Kumukumu St., Apt. E
Honolulu, HI 96825


Imperial Credit
101 Hudson Street, 33rd Floor
Jersey City, NJ 07302


Iridio on Demand
5050 1st Avenue S., Ste. 101
Seattle, WA 98134-2400


Jeff Meany Computer Systems
10112 162nd Pine
Redmond, WA 98052

Josten's
3601 Minnesota Drive
Minneapolis, MN 55435


King County, Washington
Norm Maleng, P.A., Civil Div. E550
516 Third Avenue
Seattle, WA 98104


Kinko's (now FedEx Office)
Three Galleria Tower
13155 Noel Road, Ste. 1600
Dallas, TX 75240


Knighty-Knight Music
c/o John Lacy/Randy Baldemor
1099 Alakea Street, Ste. 1800
Honolulu, HI 96813


KPMG LLP
1001 Bishop Street, Ste. 2100
Honolulu, HI 96813


Kraman, James
2512 E. Madison Street, Apt. 204
Seattle, WA 98112


McCormick & Schmicks
1414 NW Northrup Street, Ste. 700
Portland, OR 97209


McNeil Wilson Communications, Inc.
1003 Bishop Street, 9th Floor
Honolulu, HI 96813


McNeil Wilson Communications, Inc.
c/o David Banks, Esq.
1000 Bishop Street, 15th Floor
Honolulu, HI 96813

Mike Chapman Publishing Enterprises
c/o John Lacy/Randy Baldemor
1099 Alakea Street, Ste. 1800
Honolulu, HI 96813


Mountain West Conference
15455 Gleneagle Drive, Suite 200
Colorado Springs, CO 80921


Mountain West Conference
c/o David C. Farmer, Esq.
225 Queen Street, Suite 15A
Honolulu, HI 96813


One 4 All Marketing
c/o Rob Keith
2626 NE Hambleet Street
Portland, OR 97212


Pacific Guardian Life
1440 Kapiolani Boulevard
Honolulu, HI 96814


Pitney Bowes
P. O. Box 856460
Louisville, KY 40285-6460


Pure Image, Inc.
2721 Half 57th Avenue SW
Seattle, WA 98116


Rohlfing, Frederick W., AAL, LLLC
737 Bishop Street, Ste. 2600
Honolulu, HI 96813


Sattler, James M., Estate of
1588 Hoanaina Street
Honolulu, HI 96821

Saylor & Hill Insurance
1939 Harrison Street
Oakland, CA 94612


Stuck in the Throat Music
c/o John Lacy/Randy Baldemor
1099 Alakea Street, Ste. 1800
Honolulu, HI 96813


Transworld Systems Inc.
dba Credit Management Services
677 Ala Moana Blvd., Suite 606
Honolulu, HI 96813


Transworld Systems Inc.
c/o Erik W. Wong, Esq.
900 Fort Street, Suite 1440
Honolulu, HI 96813


Universal Music Corporation
c/o John Lacy/Randy Baldemor
1099 Alakea Street, Ste. 1800
Honolulu, HI 96813


University Health Alliance
700 Bishop Street, Suite 300
Honolulu, HI 96813


University Health Alliance
c/o Louise Ing/Paul Iguchi
1001 Bishop Street, 18th Floor
Honolulu, HI 96813


University of Oregon
Len Casanova Athletic Center
2727 Leo Harris Parkway
Eugene, OR 97401-8833

Van Halen Music Company
c/o John Lacy/Randy Baldemor
1099 Alakea Street, Ste. 1800
Honolulu, HI 96813


Varsity Communications
12510 33rd Avenue, N.E., Suite 300
Seattle, WA 98125


Wake Forest University
1834 Wake Forest Road
Winston Salem, NC 27106


Western Athletic Conference
9250 East Costilla Avenue, Ste. 300
Englewood, CO 80112-3662


World Class Athletic Services
P. O. Box 152
Leland, MS 38756

# United States Bankruptcy Court
## District of Hawaii

In re  **ALOHA SPORTS INC.**

Debtor

Case No. _____

Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ASI Acquisition Inc.<br>246 Nenue Street<br>Honolulu, HI 96821 | Common | 5,000 | Stock |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __3/25/10__    Signature __Richard O. Banner__
**Richard O. Banner**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders