**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** HAWAII
HONOLULU **DIVISION**

| In Re: | § | |
|---|---|---|
| | § | |
| ALOHA SPORTS INC. | § | Case No. 10-00838 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DANE S. FIELD, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 465,000.00 | |

3) Total gross receipts of $465,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $465,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,252.15 | $3,785.63 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 320,103.22 | 320,103.22 | 320,103.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 341,917.99 | 341,917.99 | 144,896.78 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,333.34 | 4,000.00 | 4,000.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,386,201.98 | 745,864.31 | 584,864.31 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,393,787.47 | $1,415,671.15 | $1,250,885.52 | $465,000.00 |

4)  This case was originally filed under chapter 11 on 03/25/2010, and it was converted to chapter 7 on 03/19/2015.  The case was pending for 116 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2024    By:/s/DANE S. FIELD, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim against NCAA Aloha SPorts vs NCAA 06 1 1832 10 | 1149-000 | 465,000.00 |
| **TOTAL GROSS RECEIPTS** | | $465,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | University Health Alliance | 4120-000 | 2,252.15 | 3,785.63 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,252.15 | $3,785.63 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 3 of 17

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dane S. Field | 2100-000 | NA | 26,500.00 | 26,500.00 | 26,500.00 |
| Dane S. Field | 2200-000 | NA | 321.57 | 321.57 | 321.57 |
| International Sureties Ltd. | 2300-000 | NA | 738.77 | 738.77 | 738.77 |
| Axos Bank | 2600-000 | NA | 1,648.51 | 1,648.51 | 1,648.51 |
| Dept of Taxation Hawaii GET payment | 2820-000 | NA | 20,925.00 | 20,925.00 | 20,925.00 |
| Office Of The U.S. Trustee | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| Case Lombardi A law Corporation | 3210-000 | NA | 77,905.73 | 77,905.73 | 77,905.73 |
| Choi and Ito | 3210-000 | NA | 29,428.82 | 29,428.82 | 29,428.82 |
| Fredrick W Rolfing, III, LLLC | 3210-000 | NA | 0.00 | 0.00 | 0.00 |
| Kesselman Brantly Stockinger LLP | 3210-000 | NA | 116,858.59 | 116,858.59 | 116,858.59 |
| Case Lombardi A law Corporation | 3220-000 | NA | 26.81 | 26.81 | 26.81 |
| Choi and Ito | 3220-000 | NA | 325.15 | 325.15 | 325.15 |
| Fredrick W Rolfing, III, LLLC | 3220-000 | NA | 10,039.91 | 10,039.91 | 10,039.91 |
| Kesselman Brantly Stockinger LLP | 3220-000 | NA | 19,670.89 | 19,670.89 | 19,670.89 |
| Peter Matsumoto | 3410-000 | NA | 15,388.47 | 15,388.47 | 15,388.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $320,103.22 | $320,103.22 | $320,103.22 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Gelber, Gelber nd Ingersoll | 6210-000 | NA | 279,765.10 | 279,765.10 | 120,769.66 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm): Gelber, Gelber & Ingersoll | 6220-000 | NA | 461.96 | 461.96 | 199.42 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm): Rohlfing, Frederick W., Aal, Lllc | 6220-000 | NA | 6,261.97 | 6,261.97 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): Arthur Engels, CPA | 6410-000 | NA | 8,916.96 | 8,916.96 | 3,849.29 |
| Other Prior Chapter Administrative Expenses: Richard O. Banner | 6990-000 | NA | 46,512.00 | 46,512.00 | 20,078.41 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $341,917.99 | $341,917.99 | $144,896.78 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Frank Foster | 5300-000 | 5,333.34 | 4,000.00 | 4,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $5,333.34 | $4,000.00 | $4,000.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Sports, Inc. | | 195,212.60 | NA | NA | 0.00 |
| | Aloha Stadium | | 31,779.95 | NA | NA | 0.00 |
| | Bank of Hawaii | | 24,953.04 | NA | NA | 0.00 |
| | Banner, Richard O. | | 99,318.16 | NA | NA | 0.00 |
| | Blecher & Collins, P.C. | | 0.00 | NA | NA | 0.00 |
| | Blecher & Collins, PC | | 94,055.75 | NA | NA | 0.00 |
| | Daw, Terry Leroy | | 4,854.45 | NA | NA | 0.00 |
| | Daw, Terry Leroy | | 36,833.42 | NA | NA | 0.00 |
| | Daw, Weston (Estate of) | | 15,000.00 | NA | NA | 0.00 |
| | Detor & Williams | | 1,976.00 | NA | NA | 0.00 |
| | EMI April Music Inc., et al. | | 10,888.01 | NA | NA | 0.00 |
| | FedEx | | 14.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Foster, Frank | | 5,333.34 | NA | NA | 0.00 |
| | Georgia Tech Univ. Athletic Assn | | 18,750.00 | NA | NA | 0.00 |
| | Goodsill Anderson Quinn & Stifel | | 7,893.92 | NA | NA | 0.00 |
| | Gotech Services | | 280.00 | NA | NA | 0.00 |
| | Haugh, James | | 397,136.69 | NA | NA | 0.00 |
| | Hee, Lester J., CPA | | 24,058.00 | NA | NA | 0.00 |
| | Host Communications Inc. | | 4,560.00 | NA | NA | 0.00 |
| | Hubbard, Gerald S. | | 6,250.00 | NA | NA | 0.00 |
| | Iridio on Demand | | 462.00 | NA | NA | 0.00 |
| | Jeff Meany Computer Systems | | 188.00 | NA | NA | 0.00 |
| | Josten's | | 33,540.00 | NA | NA | 0.00 |
| | King County, Washington | | 68,917.63 | NA | NA | 0.00 |
| | Kinko's (now FedEx Office) | | 50.25 | NA | NA | 0.00 |
| | KPMG LLP | | 3,307.27 | NA | NA | 0.00 |
| | Kraman, James | | 5,333.34 | NA | NA | 0.00 |
| | McCormick & Schmicks | | 2,482.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McNeil Wilson Communications, Inc. | | 22,211.14 | NA | NA | 0.00 |
| | Mountain West Conference | | 266,674.60 | NA | NA | 0.00 |
| | One 4 All Marketing | | 34,550.00 | NA | NA | 0.00 |
| | Pacific Guardian Life | | 352.41 | NA | NA | 0.00 |
| | Pitney Bowes Credit | | 7,381.35 | NA | NA | 0.00 |
| | Premium Finance Specialist, Inc. | | 6,944.67 | NA | NA | 0.00 |
| | Pure Image, Inc. | | 262.00 | NA | NA | 0.00 |
| | Rohlfing, Frederick W., AAL, LLLC | | 5,768.64 | NA | NA | 0.00 |
| | Rohlfing, Frederick W., AAL, LLLC | | 0.00 | NA | NA | 0.00 |
| | Sattler, James M., Estate of | | 10,802.29 | NA | NA | 0.00 |
| | Saylor & Hill Insurance | | 6,274.50 | NA | NA | 0.00 |
| | Starcomm Wireless | | 1,320.00 | NA | NA | 0.00 |
| | State of Hawaii | | 31,073.02 | NA | NA | 0.00 |
| | Transworls Systems Inc. | | 1,771.00 | NA | NA | 0.00 |
| | University Health Alliance | | 2,252.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University of Oregon | | 207,159.60 | NA | NA | 0.00 |
| | Varsity Communications | | 4,550.00 | NA | NA | 0.00 |
| | Wake Forest University | | 166,869.50 | NA | NA | 0.00 |
| | Western Athletic Conference | | 25,000.00 | NA | NA | 0.00 |
| | World Class Athletic Services | | 6,684.00 | NA | NA | 0.00 |
| 6 | Aloha Stadium | 7100-000 | 31,779.95 | 62,852.97 | 62,852.97 | 0.00 |
| 2 | Bank Of Hawaii | 7100-000 | 24,953.04 | 24,953.04 | 24,953.04 | 0.00 |
| 1 | James Haugh | 7100-000 | 397,136.69 | 466,725.80 | 305,725.80 | 0.00 |
| 4 | Lester J. Hee, CPA | 7100-000 | 24,058.00 | 24,058.00 | 24,058.00 | 0.00 |
| 3 | Premium Finance Specialist, Inc. | 7100-000 | 6,944.67 | 6,274.50 | 6,274.50 | 0.00 |
| 8 | The National Collegiate Athletic Association | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | James Haugh | 7300-000 | NA | 161,000.00 | 161,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,386,201.98 | $745,864.31 | $584,864.31 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 10-00838 RJF Judge: Robert J. Faris
Case Name: ALOHA SPORTS INC.
For Period Ending: 10/25/2024

Trustee Name: DANE S. FIELD, TRUSTEE
Date Filed (f) or Converted (c): 03/19/2015 (c)
341(a) Meeting Date: 04/28/2015
Claims Bar Date: 08/02/2010

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Amounts claimed by Debtor (232,591.43) as due from parent, A<br><br>amount is contingent on recovery from ongoing litigation with the NCAA and would be paid only if all other allowed claim in this case were paid from the recovery of litigation (no funds available to parent so FA) | Unknown | 232,591.43 | | 0.00 | FA |
| 2. Claim against NCAA Aloha SPorts vs NCAA 06 1 1832 10<br><br>filed in the Circuit Court, of the First Circuit, State of Hawaii. THis amount is an estimate of Plaintiff's general damages. In addition Plaintiff is requesting treble damages, costs and attorneys' fees and punitve damages. (claim in litigation) Amount liquidated by approval of settlement. | 2,000,000.00 | 465,000.00 | | 465,000.00 | FA |
| 3. Possible Tax Refunds<br><br>Based on available records it appears that tax refunds were received or written off but matter is being reviewed. The debtor is investigating whether any further claims are still available to the debtor. | Unknown | 0.00 | | 0.00 | FA |
| 4. trade names: Bowl Games Hawaii , Bowl Games of Hawaii,<br><br>Hula Bowl Festival and Football Classic, Hula Fest, Hula Sports Fest, Jeep Eagle Aloha Bowl, Jeep Oahu Bowl, Seattle Bowl, San Fransico Bowl. | Unknown | 0.00 | | 0.00 | FA |
| 5. Rights under wrongfully terminated NCAA franchise agreement<br><br>claim in litigation (all claims settled against NCAA) | Unknown | 1.00 | | 0.00 | FA |
| 6. four souvenir football helmets; trophies, game films, display case, filing cabinet | Unknown | 0.00 | OA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,000,000.00 | $697,592.43 | | $465,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 10 of 17

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Dane Field 5/9/2024 Order has been entered disallowing claim of Clay Iwamura Pulice & Nervell. CHoi and Ito to submit Fee app. to Trustee for approval. Then TFR can be filed.

- Dane Field 4/10/2024 There is a request for admin. exp. filed by the Clay Iwamura Pulice & Nervell firm who was never employed and never filed a fee application and shows no time records for services. TT requested C Choi to obj. to claim.

- Dane Field 10/29/2023 Settlement approved by the court on 10/6/23. Payment is due by 11/5/23. Stipulation for dismissal to be filed in State court action within 7 days of receipt of payment. CPA working on consolidated Estate returns.

- Dane Field 10/3/2023 Order to be submitted on approval of settlement due to no objection.

- Dane Field 9/29/2023 Motion to approve settlement is scheduled for 10/16/23 @ 10:30 AM.

- Dane Field 8/2/2023 Need to get order entered to hire CPA. Email sent to Choit to follow up. We have signed settlement and Kessleman expenses and am waiting on Fritz R. expenses and backup to file the motion and request payment of fees and expenses of special counsel.

- Dane Field 6/2/2023 Dane Field 6/2/2023 Settlement was reached in the Aloha Sports case but attorneys still working on specific language of the agreement.

- Dane Field 5/3/2023 Settlement has been reached. Trustee and counsel working on finalizing settlement agreement. Motion to approve settlement will be filed when details of settlement finalized.

- Dane Field 3/10/2023 Mediation to take place on 3/14/23.

- Dane Field 1/18/2023 Parties have agreed to mediate and are in the process to select a mediator

- Dane Field 10/22/2022 NCAA has shown no interest in settling the case. Trial set for Feb. 21, 2023 @ 8:30 AM. Pretrial set for January 18, 2023 @ 9:30 AM.

- Dane Field 8/23/2022 Pretrial conf. held again. Trial set for Feb. 21, 2023 @ 8:30 AM. Pretrial set for January 18, 2023 @ 9:30 AM.

- Dane Field 8/17/2022 Attended pretrial conf. today. Trial may be pushed back to due to lack of jury pool.

- Dane Field 6/29/2022 Trial date is still set for 9/19/22.

- Dane Field 2/4/2022 Defendants have shown no interest in settlement so we will proceed to trial on 9/19/22.

- Dane Field 10/28/2021 The Court set the trial for 9/19/22 and a pre-trial conference for 8/17/22. The Judge also set a status conference for 3/30/22 to advise the Court on issues relating to witnesses and trial testimony.

- Dane Field 8/30/2021 Case Lombardi to substitute in for Fritz R. so Fritz can testify as a witness at trial.

- Dane Field 6/22/2021 The Court is keeping our October 4 trial date. if Hawaii does not loosen restrictions, then we can try the case under the current protocol which means jurors will be spread throughout the courtroom to maintain social distance, we can bring witnesses by Zoom or live, and only two people will be allowed at counsel table (either a corporate rep and a lawyer or two lawyers). However, additional lawyers (or the corporate rep if two lawyers are at counsel table) can also join by Zoom and will not be excluded from the proceedings. The court set a further status conference for July 21, 2021 and said that we would adjust things as restrictions loosen (or tighten).

The NCAA has reached out and asked the we work cooperatively to set deadlines for exchange of witnesses and other pre-trial deadlines and discuss the length of the trial etc. We are scheduled to speak with them next week.
We are also seeking to admit David Kesselman pro hac vice, so he can be trial counsel. That motion should be heard on July 14 or July 21.

- Dane Field 6/19/2021 The parties just asked for a status conference with Judge Ochiai to see if the trial is really likely to go in October given COVID and court backlog. We have a status conference on Tuesday , June 15, 2021.

- Dane Field 6/18/2021 Requested update from spec. counsel.

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 11 of 17

Exhibit 8

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 12 of 17

- Dane Field 2/26/2021 Settlement conf. with State court Judge was unsuccessful. Estate is willing to negotiate a settlement but NCAA has dug in its heels, refuses to negotiate and wants to try the case. Jury trial likely in October.

- Dane Field 2/9/2021 Settlement conf. set for Feb. 24th at 1:30 PM.

- Dane Field 12/2/2020 The Court held a status conference on November 25, 2020. The judge set our trial for October 4, 2021 as that is the earliest he could provide a jury trial. The judge also set a settlement conference before the Court on 2/24/21 at 1:30pm. We are required to provide him with a confidential settlement letter by 2/17/21. Trustee will attend the 2/24/21 settlement conference as the Rules of the Circuit Courts require someone with full settlement authority to attend. Special Counsel to prepare a confidential settlement letter.

- Dane Field 10/30/2020 The Supreme Court denied our Petition for a writ of mandamus. We have exhausted our available avenues to reverse Judge Ochiai's order before the trial. Appellate review of the order excluding our expert witness will therefore only be available following entry of a final judgment in the case.

- Dane Field 9/29/2020 - Dane Field 9/29/2020 Our appeal of the circuit court's order excluding our damages expert was dismissed for lack of appellate jurisdiction. Our opposition to the NCAA's motion to dismiss and the ICA's order granting the motion to dismiss are being filed. We have now filed a petition for writ of mandamus with the Supreme Court and hope that it will vacate the circuit court's order excluding our damages expert. Although we are hopeful extraordinary writs are rarely granted so we have an uphill battle. It is our expectation that within 7 days or so, the Supreme Court will either deny the petition or order the NCAA to file a response. Our trial date of February 8, 2021 will almost certainly slip because of the corona virus pandemic. In order to get the case heard, counsel will approach the NCAA to see whether they would agree to arbitrate this dispute.

- Dane Field 6/18/2020 Our trial is still tentatively set for February 8, 2021. Because of the corona virus, our April 8, 2020 status conference was taken off calendar.

- Dane Field 3/17/2020 The case was reassigned to Judge Dean Ochiai on December 9, 2019. The Court held a status conference on December 19, 2019, and tentatively held our trial date for May 26, 2020. He set a further status conference for February 12, 2020 to firm up the trial date. At the February status conference, Judge Ochiai vacated the May 26, 2020 trial date and re-set our trial for February 8, 2021 as that was the first date potentially available. He noted that a trial is already scheduled on February 8, 2021, but he thinks that case will settle. He encouraged mediation which we think is unlikely to be fruitful but we are always open to.

Dane Field 10/30/2019 Litigation moving forward. Trail date May 25, 2020. TT will request mediation.

- Dane Field 8/5/2019 Trial set for May 25, 2020.

- Dane Field 5/17/2019 A status conference was held before Judge James McWhinnie on April 1, 2019. Judge McWhinnie is a state district court judge serving as a temporary circuit court judge by assignment of the Chief Justice during the vacancy in the circuit court's 9th Division. The vacancy is expected to be filled by the end of this year. Judge McWhinnie issued a Trial Setting Status Conference Order of April 1, 2019 setting the trial for the week of May 25, 2020, and setting an early settlement conference for February 1, 2020, or earlier. Assuming the 9th Division vacancy is filled by the end of the year, we expect the newly confirmed circuit court judge will be our trial judge. The length of trial is expected to be 6 to 8 days.

- Dane Field 1/2/2019 Hawaii Supreme Court ruled in our favor and a request for fees and costs has been filed.

- Dane Field 10/24/2018 - Dane Field 10/24/2018 Still waiting on ruling from Hawaii Supreme Court.

- Dane Field 7/24/2018 Attorneys did well in oral argument. We await the ruling of the HI S. Ct. This case arises out of the National Collegiate Athletic Association's (NCAA) decertification of the 2003 Seattle Bowl, a NCAA Division I-A post-season college football bowl. The independent bowl-sponsoring agency of the Seattle Bowl, Aloha Sports, Inc. (Aloha Sports), contends that the NCAA unfairly decertified the Seattle Bowl to disrupt Aloha Sports' agreement with Pro Sports, Inc. that if executed, would have transferred control and ownership of Aloha Sports, including sponsorship of the Seattle Bowl, to Pro Sports, Inc. Aloha Sports maintains that at the time the NCAA decertified the Seattle Bowl, the NCAA knew about its agreement and encouraged Pro Sports, Inc. to apply directly to the NCAA to become the bowl-sponsoring agency for the Seattle Bowl.
Aloha Sports subsequently brought suit against the NCAA for, inter alia, unfair methods of competition (UMOC) under Hawaii Revised Statutes § 480-2. The Intermediate Court of Appeals (ICA) affirmed the Circuit Court of the First Circuit's grant of summary judgment in favor of the NCAA, finding that Aloha Sports failed to present evidence to sustain its UMOC claim.
On certiorari to this court, Aloha Sports contends that the ICA erred in affirming summary judgment, as it required Aloha Sports to (1) establish that the NCAA's alleged anticompetitive behavior–the unfair decertification of the Seattle Bowl–caused actual harm to the market; (2) demonstrate that Aloha Sports' financial injury was a result of the anticompetitive effects of the NCAA's alleged conduct on the market; (3) identify the relevant market; and (4) show that Aloha Sports was in competition with the NCAA. Aloha Sports maintains that under this court's most recent precedent, to withstand summary judgment on an UMOC claim, Aloha Sports needed only to prove that the NCAA's alleged unfair decertification harmed Aloha Sports and that the NCAA's alleged conduct could be harmful to competition.
In response, the NCAA contends that the ICA correctly applied this court's prior decisions and that summary judgment was appropriate because Aloha Sports did not allege and prove that the NCAA's purported unfair decertification of the Seattle Bowl negatively affected competition within a properly defined relevant market. Thus, the NCAA submits that

Exhibit 8

Aloha Sports could not establish an essential element of its UMOC claim.

- Dane Field 5/7/2018 The Hawaii Supreme Court has accepted the Application for Writ of Certiorari and will shortly be scheduling oral argument in the matter. Estimate that the oral argument will be scheduled for a date in July or August.

- Dane Field 1/30/2018 Order entered today Kesselman Brantly Stockinger LLP is authorized to act as joint special counsel for the Trustee effective January 4, 2018. Writ of cert will be filed. The application for writ of certiorari is due March 26, 2018.

- Dane Field 1/10/2018 Trustee counsel working on getting new special counsel hired to handle writ of cert.

- Dane Field 12/20/2017 - Dane Field 12/20/2017 Estate lost appeal. Writ of cert will be filed. New counsel to be hired as Anti trust counsel died.

- Dane Field 9/30/2017 - Still waiting on the ruling from the ICA on appeal.

- Dane Field 6/20/2017 The ICA has determined there will be no oral argument in the appeal. Hopefully we will have a ruling in the next 3 months.

- Dane Field 4/18/2017 The ICA just assigned new ICA judge Derrick Chan to the 3-judge panel for our appeal, substituting him for Judge Foley, who retired. The notice received today is attached. Special counsel expects the panel will soon set the case for oral argument.

- Dane Field 9/28/2016 Waiting on ICA to schedule oral arguement.

- Dane Field 8/26/2016 Now that briefing has been completed, the ICA yesterday chose the merit panel handling the appeal: Judges Dan Foley, Katherine Leonard, and Lisa Ginoza. This was exactly the same panel that decided the first appeal. We believe this will be helpful to our appeal because the judges will already have an understanding of the facts and law relevant to the appeal.

- Dane Field 4/23/2016 The NCAA filed the answering brief on March 28, 2016. Our reply brief was timely filed on April 21, 2016. We are now awaiting the panel assignment and scheduling of oral argument.

Dfield 10/26/15 Case open to continue litigation against NCAA. Sports items and films will be sold by Malama auctions once they get their bond from the UST naming it under the bond.

Initial Projected Date of Final Report (TFR): 04/28/2017 Current Projected Date of Final Report (TFR): 05/31/2024

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 13 of 17

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-00838
Case Name: ALOHA SPORTS INC.
Taxpayer ID No: XX-XXX3038
For Period Ending: 10/25/2024

Trustee Name: DANE S. FIELD, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0720
Checking
Blanket Bond (per case limit): $7,750,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/23 | 2 | NCAA | settlement payment NCAA | 1149-000 | $465,000.00 | | $465,000.00 |
| 11/28/23 | 7001 | Case Lombardi A law Corporation<br>737 Biahop At., Suite 2600<br>Honolulu, HI 96813 | Order 553 | 3210-000 | | $77,905.73 | $387,094.27 |
| 11/28/23 | 7002 | Kesselman Brantly Stockinger LLP<br>1230 Rosecrans Ave., Ste. 690<br>Manhattan Beach, CA 90266 | Order 553 | 3210-000 | | $116,858.59 | $270,235.68 |
| 11/28/23 | 7003 | Case Lombardi A law Corporation<br>737 Biahop At., Suite 2600<br>Honolulu, HI 96813 | Order 553 | 3220-000 | | $26.81 | $270,208.87 |
| 11/28/23 | 7004 | Fredrick W Rolfing, III, LLLC<br>2305 Cooper Rd.<br>Honolulu, HI 96822 | Order 553 | 3220-000 | | $10,039.91 | $260,168.96 |
| 11/28/23 | 7005 | Kesselman Brantly Stockinger LLP<br>1230 Rosecrans Ave., Ste. 690<br>Manhattan Beach, CA 90266 | Order 553 | 3220-000 | | $19,670.89 | $240,498.07 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $414.04 | $240,084.03 |
| 12/22/23 | | Dept of Taxation Hawaii | GET payment on settlement | 2820-000 | | $20,925.00 | $219,159.03 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $295.16 | $218,863.87 |
| 01/24/24 | 7006 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2024 bb | 2300-000 | | $738.77 | $218,125.10 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $241.63 | $217,883.47 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.05 | $217,658.42 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $240.32 | $217,418.10 |
| | | | Page Subtotals: | | $465,000.00 | $247,581.90 | |

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 14 of 17

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-00838
Case Name: ALOHA SPORTS INC.
Taxpayer ID No: XX-XXX3038
For Period Ending: 10/25/2024

Trustee Name: DANE S. FIELD, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0720
Checking
Blanket Bond (per case limit): $7,750,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $232.31 | $217,185.79 |
| 08/16/24 | 7007 | Dane S Field<br>P.O. BOX 4198<br>HONOLULU, HI 96812 | Final distribution creditor account # representing a payment of 100.00% per court order. | | 2100-000 | | $26,500.00 | $190,685.79 |
| 08/16/24 | 7008 | Dane S Field<br>P.O. BOX 4198<br>HONOLULU, HI 96812 | Final distribution creditor account # representing a payment of 100.00% per court order. | | 2200-000 | | $321.57 | $190,364.22 |
| 08/16/24 | 7009 | Office Of The U.S. Trustee<br>1132 Bishop St., Suite 602<br>Honolulu, Hi 96813 | Final distribution to claim 9 creditor account # representing a payment of 100.00% per court order. | | 2950-000 | | $325.00 | $190,039.22 |
| 08/16/24 | 7010 | Choi and Ito<br>700 Bishop St. Ste 1107<br>Honolulu, HI 96813 | Distribution | | | | $29,753.97 | $160,285.25 |
| | | Choi and Ito | Final distribution creditor account # representing a payment of 100.00% per court order. | ($29,428.82) | 3210-000 | | | |
| | | Choi and Ito | Final distribution creditor account # representing a payment of 100.00% per court order. | ($325.15) | 3220-000 | | | |
| 08/16/24 | 7011 | Peter Matsumoto<br>P.O. Box 26479<br>Honolulu, HI 96825 | Final distribution creditor account # representing a payment of 100.00% per court order. | | 3410-000 | | $15,388.47 | $144,896.78 |
| 08/16/24 | 7012 | Gelber, Gelber nd Ingersoll<br>1314 South King St. Ste `664<br>Honolulu, HI 96814 | Final distribution to claim 10 creditor account # representing a payment of 43.17% per court order. | | 6210-000 | | $120,769.66 | $24,127.12 |
| 08/16/24 | 7013 | Gelber, Gelber & Ingersoll<br>C/O Don J. Gelber<br>1415 Ihiloa Loop<br>Honolulu, Hi 96821 | Final distribution to claim 10 creditor account # representing a payment of 43.17% per court order. | | 6710-000 | | $199.42 | $23,927.70 |
| | | | Page Subtotals: | | | $0.00 | $193,490.40 | |

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 15 of 17

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-00838
Case Name: ALOHA SPORTS INC.

Taxpayer ID No: XX-XXX3038
For Period Ending: 10/25/2024

Trustee Name: DANE S. FIELD, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0720
Checking
Blanket Bond (per case limit): $7,750,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/24 | 7014 | Arthur Engels, CPA<br>PO Box 3613<br>Honolulu, HI 96811-3613 | Final distribution creditor account # representing a payment of 43.17% per court order. | 6410-000 | | $3,849.29 | $20,078.41 |
| 08/16/24 | 7015 | Richard O. Banner<br>PO Box 23348<br>Honolulu, Hawaii 96823 | Final distribution creditor account # representing a payment of 43.17% per court order. | 6990-000 | | $20,078.41 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $465,000.00 | $465,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $465,000.00 | $465,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $465,000.00 | $465,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $23,927.70 |

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 16 of 17

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0720 - Checking | $465,000.00 | $465,000.00 | $0.00 |
| | $465,000.00 | $465,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $465,000.00 |
| Total Gross Receipts: | $465,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

U.S. Bankruptcy Court - Hawaii #10-00838 Dkt # 575 Filed 10/28/24 Page 17 of 17